# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-507-RJC-DCK

| | |
|---|---|
| AYMAN KAMEL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| 5CHURCH, INC., PATRICK WHALEN, MAP MANAGEMENT OF CHARLOTTE, LLC, and ALEJANDRO TORIO, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Consolidate" (Document No. 7) filed August 30, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, noting consent of Defendants' counsel, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Consolidate" (Document No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. this case shall be consolidated with Case No. 3:17-CV-517; 5 Church Inc., et al. v. Kamel; and

2. that the above-captioned case be treated as the lead case pursuant to Local Rule 5.2.1(D).

**SO ORDERED**.

Signed: August 31, 2017

David C. Keesler
United States Magistrate Judge