**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:17-CV-507-RJC-DCK**

| | | |
|---|---|---|
| **AYMAN KAMEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **5CHURCH, INC., PATRICK WHALEN,** | ) | |
| **MAP MANAGEMENT OF CHARLOTTE,** | ) | |
| **LLC, and ALEJANDRO TORIO,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| | ) | |
| **5 CHURCH, INC., and 5CHURCH** | ) | |
| **CHARLESTON, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AYMAN KAMEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Joint Motion For Entry Of Stipulation And Order Regarding Protocol For The Discovery Of Electronically Stored Information" (Document No. 40) filed September 10, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Joint Motion For Entry Of Stipulation And Order Regarding Protocol For The Discovery Of Electronically Stored Information" (Document No. 40) is **GRANTED**.

Signed: January 9, 2019

David C. Keesler
United States Magistrate Judge