# United States District Court
# Western District of North Carolina
# Charlotte Division

|   |   |   |
|---|---|---|
| Ayman Kamel, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:17-cv-00507-RJC-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
|  | ) |  |
| 5Church, Inc, et al | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on November 6, 2019.

November 7, 2019

Frank G. Johns, Clerk
United States District Court